872

No. 96–226. ANDERSON v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 96–227. FRASER, EXECUTRIX OF THE ESTATE OF FRASER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–232. DUBIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–239. RAMIREZ ET AL. v. CITY OF WICHITA ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–241. LOPEZ ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–242. ALT v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–251. VEGA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–255. MacDONALD v. DELAWARE COUNTY BOARD OF SUPERVISORS. C. A. 2d Cir. Certiorari denied.

No. 96–256. DALTON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–257. SIMMONS v. WETHERALL ET AL. App. Ct. Conn. Certiorari denied.

No. 96–260. MANN v. CITY OF CHICAGO ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–266. COLLINS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–274. ACTY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–277. RAGLAND ET AL. v. SMS FINANCIAL, L. L. C. Ct. App. Okla. Certiorari denied.

No. 96–281. GUTSTEIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.